UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN FOLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 5426 |
| v. ) | |
| ) | Judge Darrah |
| DRAPER & KRAMER, INC., ) | |
| ) | Magistrate Judge Schenkier |
| Defendant. ) | |

**SUBSTITUTION OF COUNSEL**
**PURSUANT TO LR 83.17**

TO:   Counsel on Attached Certificate of Service

Defendant, DRAPER & KRAMER, INCORPORATED, by and through its counsel, hereby notifies the Court and all Counsel of Record that, in accordance with Local General Rule 83.17, the appearance filed in this case of Bree E. Linck is hereby withdrawn, and the following additional appearance is filed in substitution therefor:

Appearance of Desirée R. Moore

The appearances of Alan Michael Serwer and John P. Morrison continue as previously filed. All previous and new counsel are with the same firm, K&L Gates LLP.

Dated: March 11, 2009

Respectfully submitted,
DRAPER AND KRAMER, INC.

By: /s/ Alan M. Serwer
        One of Its Attorneys

599543/C/1

Alan M. Serwer
John P. Morrison
Desiree R. Moore
K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL  60602
(312) 372-1121

## CERTIFICATE OF SERVICE

I, Alan M. Serwer, an attorney, hereby certify that I electronically filed the foregoing Substitution of Counsel Pursuant to LR 83.17 with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

| | |
|---|---|
| Erika Pedersen | Thomas More Leinenweber |
| Jill Weinstein | Leinenweber & Baroni |
| Pedersen & Weinstein LLP | 321 South Plymouth Court, Suite 1515 |
| 309 W. Washington, Suite 1200 | Chicago, IL 60604 |
| Chicago, IL 60606 | |

this 11th day of March, 2009.

/s/ Alan M. Serwer
Alan M. Serwer